THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WAITERS, Appellant. [48 NYS3d 579]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Bonnie

Wittner, J.), rendered February 9, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Renwick, Mazzarelli and Manzanet-Daniels, JJ.